**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     HTS Services, Inc. v. US-UK International Supply Group, LLC, Jean Vallet Mobioh, and David J. Marlborough

Appellate case number:   01-19-00558-CV

Trial court case number:  1113219

Trial court:             County Civil Court at Law No. 3 of Harris County

Date motion filed:       November 2, 2020

Party filing motion:     Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                        Acting for the Court

Panel consists of:  Justices Kelly, Goodman, and Countiss.

Date: __November 24, 2020_____